JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA ROBERT ELLIS,<br><br>          Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, et al,<br><br>          Defendants. | NO. EDCV 19-2331-RGK (KS)<br><br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

On December 4, 2019, Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.) The Complaint asserts claims for deliberate indifference against the Sheriff and County of Riverside as well as the Chief Medical Officer and the Medical Director for the Riverside County Jail. (*Id.* at 3-4.) However, the Complaint does not clearly identify a *specific* action taken by any of the named defendants that exhibited deliberate indifference to Plaintiff's serious medical needs. (*See generally id.*) Instead, the Complaint refers broadly to the defendants as a group without including factual allegations that support a plausible inference that any defendant personally participated in, or is otherwise liable for, the alleged violation of Plaintiff's rights under the Eighth Amendment. (*See generally id.*) As such, the Complaint fails to state a claim upon which relief may granted, *Barren v. Harrington*, 152 F.3d 1193,

1

1194 (9th Cir. 1998) ("Liability under [Section] 1983 must be based on the personal involvement of the defendant."), *Jones v. Williams*, 297 F.3d 930, 934 (9th Cir. 2002) ("In order for a person acting under color of state law to be liable under section 1983, there must be a showing of personal participation in the alleged rights deprivation."), and is subject to dismissal. *See* 28 U.S.C.A. § 1915A (in civil rights actions brought by prisoners, district courts shall dismiss the complaint if the court determines that the complaint, or any portion therefore, fails to state a claim upon which relief can be granted).

Also on December 4, 2019, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 3.) On December 23, 2019, after more than two weeks had passed and Plaintiff had not responded to the Court's notification, the Court ordered Plaintiff to show cause, no later than January 13, 2020, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without prepayment of the fee. (Dkt. No. 6.)

More than seven weeks have now passed since the Court issued its December 4, 2019 notification, and two weeks have passed since Plaintiff's January 13, 2020 deadline for responding to the Court's December 23, 2019 Order by either paying the filing fee or filing a request to proceed without prepayment of the fee. To date, Plaintiff has neither paid the filing fee nor requested to proceed *in forma pauperis*. In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: February 9, 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE